NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADAM A. SHIRK,**
*Claimant-Appellant*

**v.**

**PETER O'ROURKE, ACTING SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2017-1831

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 15-3079, Senior Judge Alan G. Lance, Sr.

---

**JUDGMENT**

---

KENNETH M. CARPENTER, Law Offices of Carpenter Chartered, Topeka, KS, argued for claimant-appellant.

JANA MOSES, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by MOLLIE LENORE FINNAN, ALLISON KIDD-MILLER, ROBERT EDWARD KIRSCHMAN, JR., CHAD A. READLER; CHRISTOPHER O. ADELOYE, Y. KEN LEE, Office of General

Counsel, United States Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, SCHALL, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 July 11, 2018          /s/ Peter R. Marksteiner
        Date                 Peter R. Marksteiner
                             Clerk of Court